CHRISTY GRIVAKIS AND ALEXANDER COLLIS, RESPONDENTS, v. SAMUEL TOPF AND JENNIE TOPF, APPELLANTS.

Submitted February 15, 1929—Decided May 20, 1929.

634

For the appellants, *Henry L. Grosken, Edmond C. Moriarity* and *Arthur F. Egner.*

For the respondents, *Addison P. Rosenkrans.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion by Judge Dungan in the Circuit Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, CAMPBELL, LLOYD, CASE, BODINE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 15.

*For reversal*—None.